JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN BURTON OFFIELD, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARKEN LLP, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:23-cv-07462-AB-PVC <br><br> **ORDER ON STIPULATION OF VOLUNTARY DISMISSAL** |

Per the stipulation of the Parties, the case is ordered dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1